**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Western District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Saratoga Resources, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>76-0314489 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>3 Riverway<br>Suite 1810<br>Houston, TX 77056    ZIP CODE 77056-0000 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Harris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Saratoga Resources, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: Western District of Louisiana | Case Number: 09-50398 | Date Filed: 3/31/09 |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: Harvest Oil & Gas, LLC | Case Number: 15-50748 | Date Filed: 06/18/15 |
| District: Western District of Louisiana | Relationship: Subsidiary of Saratoga Resources, Inc. | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☒ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Saratoga Resources, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

Date

### Signature of Attorney*

X /s/ William H. Patrick, III
Signature of Attorney for Debtor(s)

William H. Patrick, III #10359
Printed Name of Attorney for Debtor(s)

Heller, Draper, Patrick, Horn & Dabney, LLC
Firm Name

650 Poydras St.
Suite 2500
New Orleans, LA 70130
Address

(504) 299-3300  Fax: (504) 299-3399
Telephone Number

06/18/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

Thomas F. Cooke
Printed Name of Authorized Individual

Chairman, Chief Executive Officer & Director
Title of Authorized Individual

06/18/2015
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Western District of Louisiana

In re: Saratoga Resources, Inc., Debtor(s)

Case No.
Chapter: 11

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __001-35241__.

2. The following financial data is the latest available information and refers to the debtor's condition on __3/31/2015 (book value)__.

   a. Total assets $ 101,279,261.00

   b. Total debts (including debts listed in 2.c., below) $ 219,235,973.00

   c. Debt securities held by more than 500 holders:

   | | | | Approximate number of holders: |
   |---|---|---|---|
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ unsecured ☐ subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock  0  0

   e. Number of shares common stock  30,986,601  1,500

   Comments, if any:

3. Brief description of Debtor's business:
   Saratoga Resources, Inc. is an independent oil and natural gas company engaged in the exploration, development, production, acquisition and exploitation of natural gas and crude oil properties.

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Thomas F. Cooke, GSO Capital Partners LP, and Andrew Clifford

ACTION BY UNANIMOUS WRITTEN CONSENT
OF DIRECTORS OF
SARATOGA RESOURCES, INC.,
a Texas corporation

June 12, 2015

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Saratoga Resources, Inc., a Texas corporation (the "**Company**"), in accordance with the authority contained in the Texas Business Organizations Code and the Bylaws of the Corporation, hereby consents to the adoption of the following resolutions:

## AUTHORIZATION OF BANKRUPTCY FILING AND RELATED MATTERS

WHEREAS, the Company and its subsidiaries, being Lobo Operating, Inc., Lobo Resources, Inc., Harvest Oil & Gas, LLC and The Harvest Group, LLC (collectively, the "**Subsidiaries**"), are parties to certain Indenture Agreements (the "**Indentures**") governing outstanding indebtedness (the "**Debt**") of the Company;

WHEREAS, funds managed by GSO Capital Partners LP and Stonehill Capital Management LLC (the "**Principal Creditors**") are the principal holders of the Debt;

WHEREAS, certain interest payments on the Debt due on December 31, 2014 and January 1, 2015 were not paid on said dates and the failure to pay such interest within thirty (30) days of their due date constitutes a default under the Indentures;

WHEREAS, the Company and the Principal Creditors have entered into forbearance agreements (as amended from time to time, the "**Forbearance Agreements**") relating to defaults under the Indentures with a view to negotiating an acceptable arrangement relating to the Debt and pursuant to which the holders of the Debt agreed to forbear from exercising certain rights under the Indentures for a specified period of time (the "**Forbearance Period**");

WHEREAS, the Company has identified numerous potential financial and strategic partners (the "**Potential Partners**") that have expressed interest in entering into arrangements with the Company that would potentially serve as the basis for an acceptable arrangement with the holders of the Debt;

WHEREAS, the Potential Partners have indicated that the potential for adverse actions by the holders of the Debt relative to the assets of the Company, in light of the serial short-term nature of the Forbearance Agreements, is an obstacle to finalizing any arrangements with Potential Partners;

WHEREAS, the Company is subject to an arbitration award (the "**Arbitration Award**") in an amount in excess of $3 million and is attempting to negotiate a settlement of the Arbitration Award on terms satisfactory to the Company and the Principal Creditors;

WHEREAS, the Forbearance Period under the Forbearance Agreements is scheduled to expire on June 12, 2015 and the Arbitration Award is expected to be executable on or about June 18, 2015;

WHEREAS, in order to avoid the risk of execution on the Arbitration Award and to permit the Company to continue negotiations with the Principal Creditors and the Potential Partners, the Board deems it advisable to prepare for a possible bankruptcy filing and, in furtherance thereof, to authorize each of Thomas Cooke, Andrew Clifford and any other officer or person authorized by the Board (each an

"**Authorized Officer**" and, together, the "**Authorized Officers**") to retain bankruptcy counsel, to make all necessary arrangements to facilitate a bankruptcy filing and to make such bankruptcy filing.

NOW, THEREFORE, be it:

RESOLVED, that each of the Authorized Officers of the Company be, and they are, authorized, on behalf of the Company, to (1) retain bankruptcy counsel and such other professionals and advisors as management, acting upon the advice of counsel, shall deem appropriate to facilitate a bankruptcy filing, (2) enter into appropriate engagement letters and/or retainer arrangements, and (3) file a petition for bankruptcy protection acting upon the advice of counsel;

RESOLVED, FURTHER, that each of the Authorized Officers are hereby authorized, empowered and directed, in the name and on behalf of the Company to: (a) execute, verify and file or cause to be filed on behalf of the Company all schedules, statements, lists, motions, applications, disclosure statements, debtor in possession financing agreements and related security documents, plans of reorganization, adversary proceedings, pleadings, responses to pleadings, and any other papers or documents necessary or desirable in the exercise of the business judgment of the Authorized Officers in connection with the foregoing; and (b) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case and in such form or forms as an Authorized Officer may approve; and

RESOLVED, FURTHER, that each of the Authorized Officers of the Company are authorized to take such actions, sign such documents and deliver such amounts as shall be reasonably necessary to the carry out the foregoing resolutions.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the undersigned have caused this Action by Unanimous Written Consent to be executed as of date first set forth above.

_____
Thomas F. Cooke

_____
Andrew C. Clifford

_____
Rex H. White, Jr.

_____
J.W. Bill Rhea, IV

_____
Kevin M. Smith

_____
Richard Nevins

IN WITNESS WHEREOF, the undersigned have caused this Action by Unanimous Written Consent to be executed as of the date first set forth above.

_____
Thomas F. Cooke

_____
Andrew C. Clifford

*[signature: Rex H. White]*
_____
Rex H. White, Jr.

_____
J.W. Bill Rhea, IV

_____
Kevin M. Smith

_____
Richard Nevins

IN WITNESS WHEREOF, the undersigned have caused this Action by Unanimous Written Consent to be executed as of the date first set forth above.

_____
Thomas F. Cooke

_____
Andrew C. Clifford

_____
Rex H. White, Jr.

_____/s/_____
J.W. Bill Rhea, IV

_____
Kevin M. Smith

_____
Richard Nevins

IN WITNESS WHEREOF, the undersigned have caused this Action by Unanimous Written Consent to be executed as of the date first set forth above.

_____
Thomas F. Cooke

_____
Andrew C. Clifford

_____
Rex H. White, Jr.

_____
J.W. Bill Rhea, IV

_____/s/ Kevin M. Smith_____
Kevin M. Smith

_____
Richard Nevins

IN WITNESS WHEREOF, the undersigned have caused this Action by Unanimous Written Consent to be executed as of the date first set forth above.

_____
Thomas F. Cooke

_____
Andrew C. Clifford

_____
Rex H. White, Jr.

_____
J.W. Bill Rhea, IV

_____
Kevin M. Smith

*/s/ Richard Nevins*
_____
Richard Nevins