**SO ORDERED.**

**SIGNED June 19, 2015.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE:

| | |
|---|---|
| **HARVEST OIL & GAS, LLC** | CASE NO. 15-50748 |
| TAX ID NO. xx-xxxx3003 | |
| | |
| **SARATOGA RESOURCES, INC.** | CASE NO. 15-50749 |
| TAX ID NO. xxxxxx4894 | |
| | |
| **THE HARVEST GROUP LLC** | CASE NO. 15-50750 |
| TAX ID NO. xx-xxxx3158 | |
| | |
| **LOBO OPERATING, INC.** | CASE NO. 15-50751 |
| TAX ID NO. xxxxxx9904 | |
| | |
| **LOBO RESOURCES, INC.** | CASE NO. 15-50752 |
| TAX ID NO. xxxxxx7201 | |
| | |
| DEBTORS | (JOINT ADMINISTRATION REQUESTED) |

**ORDER PURSUANT TO RULE 1015(b) OF FED.R.BANKR.P.
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

{00345304-2}

Upon the *Debtors' Emergency Motion for Order Under Fed.R.Bankr.P. 1015(b) Directing Joint Administration of Chapter 11 Cases* [P-3] ("Motion") motion of Harvest Oil & Gas, LLC, Saratoga Resources, Inc., The Harvest Group LLC, Lobo Operating, Inc., and Lobo Resources, Inc. (collectively, the "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the joint administration of the Debtors' chapter 11 cases, all as more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and

**IT IS FURTHER ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and

**IT IS FURTHER ORDERED** that the caption of the jointly administered cases should read as follows:

2

{00345304-2}3721.19432

15-50749 - #4  File 06/19/15  Enter 06/19/15 12:01:41  Main Document  Pg 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| IN RE | : | CASE NO. 15-50748 |
| | : | |
| HARVEST OIL & GAS, LLC, *ET AL.*[1] | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | JOINTLY ADMINISTERED |

; and

**IT IS FURTHER ORDERED** that: (a) a single docket sheet shall be maintained for all matters occurring in these cases, however, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtors' estate; (b) a combined service list shall be used; and (c) combined notices to creditors of the estates shall be used; and

**IT IS FURTHER ORDERED** that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Saratoga Resources, Inc. (15-50749; The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-50751); and LOBO Resources, Inc. (15-50752) with Harvest Oil & Gas, LLC (15-50748). The docket in the chapter 11 case of Harvest Oil & Gas, LLC should be consulted for all matters affecting this case.

###

---

[1] Saratoga Resources, Inc. (15-50749); The Harvest Group LLC (15-50750); LOBO Operating, Inc. (15-50751); and LOBO Resources, Inc. (15-50752) are being jointly administered with Harvest Oil & Gas, LLC pursuant to a court order [P-___] entered on _____, 2015.

3

{00345304-2}3721.19432

This order was prepared and is being submitted by:

 */s/ Tristan E. Manthey*
William H. Patrick, III (La. Bar No. 10359)
Tristan E. Manthey, (La. Bar No. 24539)
Cherie Dessauer Nobles, (La. Bar No. 30476)
**Heller, Draper, Patrick, Horn & Dabney, L.L.C.**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6175
Telephone: 504-299-3300 // Fax: 504-299-3399
**Proposed Co-Counsel for Debtors**


Louis Phillips (La. Bar No. 10505)
**Gordon, Arata, McCollam, Duplantis &
Eagan, LLC**
301 Main Street, Suite 1600
Baton Rouge, Louisiana 70801-1916
Telephone: 225-381-9643
Direct Phone: 225-338-5308
Facsimile: 225-336-9763
**Proposed Co-Counsel for Debtors**